UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALFRED T. BLAND,

    Plaintiff,

CASE NO:    10-CV-11046
HON:  THOMAS L. LUDINGTON

vs.

ISABELLA COUNTY, ISABELLA COUNTY
SHERIFF'S DEPARTMENT, ISABELLA COUNTY
DEPUTY SHERIFF KEVIN E. DUSH, ISABELLA
COUNTY DEPUTY SHERIFF SGT. JAMES HADLEY,
and CITY OF MT. PLEASANT POLICE OFFICER
SARA CUTBERTSON,

Jointly and Severally as Defendants.
_____/

| | |
|---|---|
| RICHARD G. CONVERTINO (P62829) | DAVID M. KRAUS (P37986) |
| Attorney for Plaintiff | Attorney for Isabella County, Dush and Hadley |
| 801 W. Ann Arbor Trail, Ste. 233 | 1441 W. Long Lake Rd., Ste. 305 |
| Plymouth, MI 48170 | Troy, MI 48098 |
| (734) 927-9900 | (248) 312-7939 |

PATRICK A. ASELTYNE (P23293)
Attorney for Cuthbertson
303 S. Waverly
Lansing, MI 48917
(517) 886-3800
_____/

**ORDER FOR RELEASE OF RECORDS OF JEAN BLAND FROM MOBILE MEDICAL
RESPONSE FOR JULY 26, 2007**

      This matter having been filed by Plaintiff against Defendants as the result of actions allegedly taken on July 26, 2007, that these actions stem in part from an encounter between personnel from Mobile Medical Response and Jean Bland (the wife of the Plaintiff) on July 26, 2007, that depositions of personnel from Mobile Medical Response are necessary for discovery

in this matter, that it is necessary for the parties to obtain the records of Jean Bland from Mobile Medical Response for July 26, 2007, that Jean Bland passed away in 2009 and that there is no personal representative having been appointed, and the parties having agreed;

**IT IS ORDERED** that Mobile Medical Response hereby provide records regarding Jean Bland for July 26, 2007, only to the parties in this matter.

**IT IS FURTHER ORDERED** that said records shall be used only for the purposes of this case and shall be destroyed at the conclusion of this case.

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: October 14, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 14, 2010.

s/Tracy A. Jacobs
TRACY A. JACOBS

---

Approved as to form:


 _/s/Richard G. Convertino_ (with consent)      _/s/ David M. Kraus_____
RICHARD G. CONVERTINO (P62829)    DAVID M. KRAUS (P37986)
Attorney for Plaintiff                             Attorney for Isabella County, Dush and Hadley

2

/s/ Patrick A. Aseltyne (with consent)
PATRICK A. ASELTYNE (P23293)
Attorney for Cuthbertson